

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-20-00143-CV

**RANCHO VIEJO CATTLE COMPANY, LTD**. and Rancho Viejo Waste Management, LLC.,
Appellants

v.

**ANB CATTLE COMPANY, LTD.,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVQ-000162-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file a motion for rehearing is GRANTED. Appellee's motion for extension of time to file a motion for rehearing is GRANTED. The motions for rehearing are due on or before **November 15, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court